RALPH J. MARRA, JR.
Acting United States Attorney
PETER G. O'MALLEY
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(201) 645-2921

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Dickinson R. Debevoise |
| Plaintiff, | : | Civil Action No. 09-1791(DRD) |
| v. | : | |
| GEORGE J. ALBINSON, FREDERICK M. ("FRED") BERGER, ANTHONY J. OLIVA, and L.E.A.D. INDUSTRIES, INC., | : | NOTICE OF DISMISSAL AS TO DEFENDANT FRED BERGER |
| Defendants. | | |

Pursuant to Rule 41(a)(1)(i), plaintiff, the United States of America, by Ralph J. Marra, Jr., Acting United States Attorney (Peter G. O'Malley, Assistant United States Attorney, appearing), hereby gives notice of its voluntary dismissal of the complaint in the captioned matter only as to defendant Fred M. Berger.

SO ORDERED
/s/ Dickinson R. Debevoise
DATE: June 4, 2009

RALPH J. MARRA, JR.
Acting United States Attorney

By:   S / Peter G. O'Malley
PETER G. O'MALLEY
Assistant United States Attorney
970 Broad Street
Newark, New Jersey 07102
Telephone (973) 645-2921