**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **Hon. Dickinson R. Debevoise** |
| Plaintiff, | : | Civil Action No. 09-1791 (DRD) |
| v. | : | |
| **GEORGE J. ALBINSON**, **FREDERICK N. ("FRED") BERGER**, **ANTHONY J. OLIVA, and L.E.A.D. INDUSTRIES, INC.**, | : : | |
| Defendants. | : | |

# MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT GEORGE J. ALBINSON'S MOTION TO DISMISS

**LAUFER, DALENA, CADICINA, JENSEN & BOYD, LLC**
*Local Counsel for Defendant George Albinson*
William Laufer
23 Cattano Avenue
Morristown, NJ  07960
(973) 285-1444

**KORNFELD & ASSOCIATES, P.C.**
*Attorneys for Defendant George Albinson*
Randy Kornfeld
570 Lexington Avenue, 17th Floor
New York, New York 10022
(212) 759-6767