134 Airport Road
Andover, New Jersey 07821
973-786-5500

# Invoice

Number: 7535

Date: October 06, 2003

**Bill To:**
Business Plus Corporation
2 Eaton Street  Suite 1103
Hampton, VA, 23669

**Job Location:**
Picatinny Arsenal
Bldg.1 3rd. Fl.
Picatinny, N.J., 07816-5000

| Attention: | Service Order Number/PO Number: | Vendor Number: |
|---|---|---|
| Fred Berger | BPC-LEAD-02-2212 | |

| Description | Tax | Amount |
|---|---|---|
| 25 - Computer Workstations @ $5,512.88 | | 137,822.00 |

| | |
|---|---|
| Sub-Total | $137,822.00 |
| State Tax 6.00% on 0.00 | 0.00 |
| Total | $137,822.00 |

134 Airport Road
Andover, New Jersey 07821
973-786-5500

# Invoice

Number: **7506**

Date: **July 01, 2003**

**Bill To:**
Business Plus Corporation
2 Eaton Street  Suite 1103
Hampton, VA,  23669

**Job Location:**
Picatinny Arsenal
Bldg.1 3rd. Fl.
Picatinny, N.J.,  07816-5000

| Attention: | Service Order Number/PO Number: | Vendor Number: |
|---|---|---|
| Fred Berger | BPC-LEAD-02-2212 | |

| Description | Tax | Amount |
|---|---|---|
| 43- Computer Workstations @  $5,512.88 each | | 237,053.84 |

|  |  |
|---|---|
| Sub-Total | $237,053.84 |
| State Tax 6.00% on 0.00 | 0.00 |
| Total | $237,053.84 |

134 Airport Road
Andover, New Jersey  07821
973-786-5500

# Invoice

Number: **5497**

Date: **March 24, 2003**

**Bill To:**

Business Plus Corporation
2 Eaton Street  Suite 1103
Hampton, VA,  23669

**Job Location:**

Picatinny Arsenal
Bldg.1 3rd. Fl.
Picatinny, N.J.,  07816-5000

| Attention: | Service Order Number/PO Number: | Vendor Number: |
|---|---|---|
| Fred Berger | BPC-LEAD-02-2212 | |

| Description | Tax | Amount |
|---|---|---|
| 44 Computer Workstation installations @ 5,512.88 each | | 242,566.72 |

| | | |
|---|---|---|
| | Sub-Total | $242,566.72 |
| | State Tax 6.00% on 0.00 | 0.00 |
| | Total | $242,566.72 |

134 Airport Road
Andover, New Jersey 07821
973-786-5500

# INVOICE

Number: 5473

Date: January 01, 2003

**Bill To:**
Business Plus Corporation
2 Eaton Street Suite 1103
Hampton, VA, 23669

**Job Location:**
Picatinny Arsenal
Bldg.1 3rd. floor
Picatinny Arsenal, I, NJ 07816-5000

| Attention: | Service Order Number/PO Number: | Vendor Number: |
|---|---|---|
| Fred Berger | BPC-LEAD-02-2212 | |

| Description | Tax | Amount |
|---|---|---|
| Deliverable 1h - Ensure that all elements in the expanded CCSSC meet Picatinny Arsenal safety and security policies and regulations | | 23,412.73 |

| | | |
|---|---|---|
| | Sub-Total | $23,412.73 |
| | State Tax 6.00% on 0.00 | 0.00 |
| | Total | $23,412.73 |

**Terms: Net 15 Days**

134 Airport Road
Andover, New Jersey 07821
973-786-5500

# Invoice

Number: 5472

Date: January 01, 2003

**Bill To:**
Business Plus Corporation
2 Eaton Street Suite 1103
Hampton, VA, 23669

**Job Location:**
Picatinny Arsenal
Bldg. 1 3rd. floor
Picatinny Arsenal, I, NJ 07816-5000

| Attention: | Service Order Number/PO Number: | Vendor Number: |
|---|---|---|
| Fred Berger | BPC-LEAD-02-2212 | |

| Description | Tax | Amount |
|---|---|---|
| Deliverable 1g - Implement the new CCSSC structure within the new and expanded guidelines established by Picatinny Arsenal | | 32,009.49 |

| | |
|---|---|
| Sub-Total | $32,009.49 |
| State Tax 6.00% on 0.00 | 0.00 |
| Total | $32,009.49 |

**Terms: Net 15 Days**

Invoice

134 Airport Road
Andover, New Jersey 07821
973-786-5500

Number: **5473**

Date: **September 11, 2002**

**Bill To:**

Business Plus Corporation
2 Eaton Street  Suite 1103
Hampton, VA, 23669

**Job Location:**

Picatinny Arsenal
Bldg.1 3rd. Fl.
Picatinny, N.J., 07816-5000

| Attention: | Service Order Number/PO Number: | Vendor Number: |
|---|---|---|
| Fred Burger | BPC-LEAD-02-2212 | |

| Description | Tax | Amount |
|---|---|---|
| LEAD Industries has completed the implementation phase of the initial CCSSC task. The Government has accepted and signed off on the deliverable 1c task. 65% labor, 35% materials | | 104,151.02 |
| Lead Industries billing to BPC is $104,151.02 on a Firm Fix Price | | |

| | | |
|---|---|---|
| | Sub-Total | $104,151.02 |
| | State Tax 6.00% on 0.00 | 0.00 |
| | Total | $104,151.02 |

134 Airport Road  
Andover, New Jersey 07821  
973-786-5500  

# Invoice

Number: **5471**

Date: **September 11, 2002**

| Bill To: | Job Location: |
|---|---|
| Business Plus Corporation<br>2 Eaton Street Suite 1103<br>Hampton, VA, 23669 | Picatinny Arsenal<br>Bldg.1 3rd. Fl.<br>Picatinny, N.J., 07816-5000 |

| Attention: | Service Order Number/PO Number: | Vendor Number: |
|---|---|---|
| Fred Burger | BPC-LEAD-02-2212 | |

| Description | Tax | Amount |
|---|---|---|
| Completion of the coordination of the movement of personnel and functions to accomodate the updated mission requirements. Firm Fix Price 65% labor, 35% materials | | 69,092.17 |

*Program Manager*

*George Albrosi* (signature)

*July & Aug 15*

| | | |
|---|---:|---:|
| | Sub-Total | $69,092.17 |
| | State Tax 6.00% on 0.00 | 0.00 |
| | Total | $69,092.17 |