UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Hon. Dickinson R. Debevoise |
| Plaintiff, | : | Civil Action No. 09-1791 |
| v. | : | |
| **GEORGE J. ALBINSON, ANTHONY J. OLIVA, and L.E.A.D. INDUSTRIES, INC.,** | : : | |
| Defendants. | | |

IT IS HEREBY STIPULATED by and between counsel for the respective parties herein that:

1) Pursuant to Rule 4 of the Federal Rules of Civil Procedure, defendant George J. Albinson will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but waives any objections to the absence of a summons or of service thereof.

2) Defendant Albinson's time to serve an Answer or to move in response to the Complaint shall expire on January 29, 2010.

3) The return date of any motion filed by defendant Albinson in response to the complaint shall be April 19, 2010.

3) Plaintiff's opposition shall be filed on or before March 15, 2010. Defendant's reply shall be filed on or before April 5, 2010.

4) Nothing in this Stipulation prevents either party from requesting a further extension.

2

5) A facsimile copy of this Stipulation may be deemed an original.

PAUL J. FISHMAN
United States Attorney
Attorneys for Plaintiff

By: *[signature]*
Peter G. O'Malley, Esq.
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2921

LAUFER, DALENA, CADICINA, JENSEN &
BOYD, LLC
Local Counsel for Defendant George J. Albinson

By: *[signature]*
William Laufer, Esq.
23 Cattano Avenue
Morristown, NJ 07960
(973) 285-1444

                S / Peter G. O'Malley
                PETER G. O'MALLEY
                Assistant United States Attorney

So Ordered:
*[signature]* Dickinson R. Debevoise
USSDJ

1/13/10